UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| In Re: | * | |
|    HENRY F. HARRIS | | Case No.: 09-30607 |
| | * | Chapter 13 |
|    Debtor. | | |
| * * * * * * | * | * * * * * * |
|    HENRY F. HARRIS | * | |
|    Movant, | * | |
| vs. | | |
| CONSUMER PORTFOLIO SERVICES | * | |
|    Respondent. | * | |

SERVE ON:

Charles E. Bradley, Jr., President & CEO
Consumer Portfolio Services
16355 Laguna Canyon Road
Irvine, CA 92618-3801
*Per corporate website*

The Corporation Trust Incorporated
300 E. Lombard Street
Baltimore, MD 21202
*Resident Agent per SDAT*

Charles E. Bradley, Jr., President & CEO
2 Ada, Suite 100
Irvine, California 92718
*Principal Office per SDAT*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO DETERMINE SECURED STATUS**
**PURSUANT TO 11 U.S.C. 506**

     Now comes, Henry F. Harris, Jr., Debtor (hereinafter "Movant"), by undersigned counsel, and hereby files this Motion to Determine Secured Status, pursuant to 11 U.S.C. Section 506(a), on Debtor's vehicle and for cause states:

     1.    This Court has subject matter jurisdiction of this Motion pursuant to 11U.S.C

§506(a) and 1322(b) and Fed. Bank. R. 3012 and 9014 and 28 U.S.C. §157(b)(2)(B),(K).

2. On October 27, 2009, the Debtor commenced a case in this Court seeking relief under Chapter 13 of the Bankruptcy code.

## The Property

3. The Debtor owns an interest in certain personal property scheduled as 2001 Ford Explorer, ("the vehicle"). See Schedule B.

## Liens

4. The property is encumbered by a security interest in favor of Consumer Portfolio Services ("Respondent") in the amount of approximately $14,652.00, per Debtor's Schedule D.

5. The Replacement Value of the property is $ 5,225.00, which is supported by the online valuation provided by NADA Guides at www.nadaguides.com.  See attached.

6. That a reasonable interest rate would be the prime rate, plus 1%, or 4.25% interest.

WHEREFORE, the Debtor prays this Honorable Court:

Enter an Order pursuant to 11 U.S.C §506 determining the lien of the Respondent herein, against the Debtor's 2001 Ford Explorer to be secured in the amount of $5,225.00 and unsecured for the balance owed.

Enter an Order to allow payment of the secured value of collateral through the Chapter 13 Plan with an interest rate of 4.25%.

That this Court direct the Respondent to remove and release its recorded interest from the public record upon successful completion of this Chapter 13 case.

That this Court grants the Debtor such other and further relief as is just.

| | |
|---|---|
| Date: <u>December 3, 2009</u> | /s/ Jeffrey M. Sirody<br>Jeffery M. Sirody, Fed. Bar No. 11715<br>Sirody Freiman & Feldman, P.C.<br>1777 Reisterstown Road, Suite 360<br>Baltimore, Maryland 21208<br>(410) 415-0445<br><br>Counsel for Debtor/Movant |

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on this, the 3rd day of December 2009, a copy of the foregoing *Motion to Determine Secured Status Pursuant to 11 U.S.C. § 506* and proposed *Order* was mailed first-class, postage prepaid to:

Charles E. Bradley, Jr., President & CEO
2 Ada, Suite 100
Irvine, California 92718

The Corporation Trust Incorporated
300 E. Lombard Street
Baltimore, MD 21202
*Resident Agent per SDAT*

<u>via Certified Mail to:</u>
Charles E. Bradley, Jr., President & CEO
Consumer Portfolio Services
16355 Laguna Canyon Road
Irvine, CA 92618-3801

<u>and Electronically served upon:</u>
U.S. Trustee
Chapter 13 Trustee

                                                          /s/ Adam M. Freiman
                                                          Adam M. Freiman, Esquire